| | |
|---|---|
| 1 | LENDEN WEBB (SBN: 236377) |
| 2 | LWebb@WebbLawGroup.com<br>CHRISTIAN B. CLARK (SBN: 330380) |
| 3 | CClark@WebbLawGroup.com<br>WEBB LAW GROUP APC |
| 4 | 446 W. Fallbrook Avenue, Suite 102<br>Fresno, CA 93711 |
| 5 | Telephone: (559) 431-4888<br>Facsimile: (559) 821-4500 |
| 6 | Attorneys for Plaintiffs |
| 7 | Paul A. Desrochers |
| 8 | Paul.Desrochers@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP |
| 9 | 333 Bush Street, Suite 1100<br>San Francisco, California 94104 |
| 10 | Telephone: (415) 262-8535<br>Facsimile: (415) 434-0882 |
| 11 | Attorneys for Defendants |



IT IS SO ORDERED
Virginia K. DeMarchi
Judge Virginia K. DeMarchi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIANA LEAKAS, et. al.<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MONTEREY BAY MILITARY HOUSING, LLC et. al.<br><br>　　　　　Defendants. | CASE NO. 5:22-cv-01422-VKD<br><br>**JOINT STIPULATION BY PLAINTIFFS AND DEFENDANTS REGARDING APPLICATION FOR ATTORNEY'S FEES AND COSTS** |

Plaintiffs Briana Leakas; and D.L. a minor, by and through her guardian ad litem, Theodore Leakas; ("Plaintiffs") and Defendants Monterey Bay Military Housing, LLC; and Michaels Management Services, LLC ("Defendants"), through their respective counsel of record, hereby submit the following joint stipulation pursuant to this Court's Order from December 12, 2023. The Parties have met and conferred, and have stipulated to an amount of attorney's fees and costs to be awarded to the Plaintiffs in the amount of $2,017.50.

Dated: January 10, 2024   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
　　Paul A. Desrochers
　　Attorneys for Defendants
　　Monterey Bay Military Housing, LLC and
　　Michaels Management Services, LLC

Dated: January 10, 2024   WEBB LAW GROUP APC

By: *Christian B. Clark*
　　Lenden Webb
　　Christian B. Clark
　　Attorneys for Plaintiffs