UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIANA LEAKAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>    Defendants. | Case No.  22-cv-01422-VKD<br><br>**ORDER RE DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF REBECCA CZARNIK**<br><br>Re: Dkt. No. 52 |

Rebecca Czarnik is a registered nurse whom plaintiffs retained solely to provide a projection of future medical costs. Ms. Czarnik's proposed testimony is based entirely on the proposed testimony of another of plaintiffs' retained experts, David Ross, M.D., regarding Ms. Leakas's long-term care and life-care planning requirements. Defendants move to exclude Ms. Czarnik's proposed testimony, arguing that her opinions do not meet the admissibility requirements of Rule 702 of the Federal Rules of Evidence for several reasons, including that her cost projections are unreliable because of mathematical and geographical errors and because she did not reduce amounts to present value. Dkt. No. 52. Plaintiffs oppose the motion and contend that defendants' objections to Ms. Czarnik's calculations are matters that go to the weight, not admissibility, of her proposed testimony  Dkt. No. 58.

As Ms. Czarnik was retained solely to provide a calculation of future medical costs based on Dr. Ross's proposed testimony regarding Ms. Leakas's long-term care and life-care planning requirements, the parties agree that Ms. Czarnik's proposed testimony rises or falls with that portion of Dr. Ross's proposed testimony. *See* Dkt. Nos. 53, 58, 67. In a separate order, the Court has granted defendants' motion to exclude Dr. Ross's testimony regarding Ms. Leakas's long-term

care and life-care planning requirements.  *See* Dkt. No. 83.  Accordingly, Ms. Czarnik's proposed testimony is also excluded.  This order disposes of Docket No. 52.

**IT IS SO ORDERED.**

Dated: February 8, 2024

Virginia K. DeMarchi
United States Magistrate Judge