Lenden Webb, Esq. (236377)
Christian B. Clark, Esq. (330380)
Katherine E. Cervantes, Esq. (333940)
**WEBB LAW GROUP, APC**
466 W. Fallbrook Ave, Suite 102
Fresno, CA 9711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WebbLawgroup.com
Email: CClark@WebbLawGroup.com
Email: KCervantes@WebbLawGroup.com

Attorneys for PLAINTIFFS
BRIANA LEAKAS, et al.

IT IS SO ORDERED
Judge Virginia K. DeMarchi

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRIANA LEAKAS, an individual; D.L., a minor, by and through his guardian ad litem THEODORE LEAKAS,<br><br>                Plaintiff,<br><br>v.<br><br>MONTEREY BAY MILITARY HOUSING, LLC, a Delaware limited liability company, CLARK PINNACLE MONTEREY BAY, LLC, a California limited liability company CLARK ENTERPRISES USA, LLC., a Maryland limited liability company PINNACLE MONTEREY, LLC, Washington State limited liability company and DOES 1 THROUGH 50, inclusive; MICHAELS MANAGEMENT SERVICES, LLC, a California limited liability company;<br><br>                Defendants. | Case No.: 5:22-cv-01422-VKD<br><br>**REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT**<br><br>**[F.R.C.P. 41]** |

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs BRIANA LEAKAS, an individual; D.L., a minor, by and through his guardian ad litem, THEODORE LEAKAS ("Plaintiffs") by through their respective counsel of record, moves for an order of

-1-
DISMISSAL OF ACTION [FRCP 41]

1  dismissal of this entire action with prejudice, pursuant to the terms of the Settlement Agreement
2  between these parties with an effective date of April 19, 2024, with each party to bear its own
3  attorney's fees and costs pursuant to the terms of that Agreement.

Dated: April 19, 2024

By: *s/Lenden F. Webb*
Lenden F. Webb
Christian B. Clark
Katherine E. Cervantes
Attorneys for Plaintiffs